DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

JACKSON v. RYDER TRUCK RENTALS

No. 436P90

Case below: 99 N.C.App. 583

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

JENKINS v. RICHMOND COUNTY

No. 448P90

Case below: 99 N.C.App. 717

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

McEACHIN v. WAKE COUNTY BD. OF EDUCATION

No. 81P91

Case below: 101 N.C.App. 399

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

PALMER v. N.C. DEPT. OF
CRIME CONTROL & PUBLIC SAFETY

No. 98P91

Case below: 101 N.C.App. 572

Petition by defendant for writ of supersedeas denied 3 April 1991. Temporary stay dissolved 3 April 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

PEARSON v. MARLOWE

No. 101P91

Case below: 101 N.C.App. 430

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.